In re Whitewing, W.K.; Boucher, Donald W.; Shimshack, Sharon; VLM Resources, Inc.; Tenkay Resources, Inc.; Whitewing and Whitewing Oil Company L.L.C. et al.; Shimshack, Darrel; Potter Resources, Inc.; Lang, William E.; Miller, Ken; Pasmas, Art; Crawford, Robert E.; Amandel Corporation; Richmar Interests, Inc.; Exama Oil Company; Marathon Energy Corporation; Boucher, Carlene;— Plaintiff(s); Applying for Writ of Certiora-ri and/or Review, Parish of Lafourche, 17th Judicial District Court Div. A, No. 94065; to the Court of Appeal, First Circuit, No. 2007 CA 1773.
Not considered. Not timely filed. See La. Sup.Ct. Rule X, Section 5(a).